PROB 12C
(6/16)

Report Date: January 13, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Colton James Conroy | Case Number: 0980 2:25CR00005-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 19, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) | | |
| Original Sentence: | Prison - 36 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | December 30, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 29, 2029 |

---

### PETITIONING THE COURT

To issue a summons

On December 30, 2024, the undersigned U.S. probation officer met with Mr. Conroy and reviewed the judgement and conditions of supervision with him. Mr. Conroy signed the judgment acknowledging his understanding of such. He was provided a copy of the judgment and conditions as signed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Conroy violated the above-stated condition on or about January 11, 2026, by illegally using a controlled substance, fentanyl, as evidenced by a signed admission of use.<br><br>On January 12, 2026, the undersigned officer met with Mr. Conroy in the Spokane probation office for the purpose of a urinalysis (UA) drug test. During the UA process, Mr. Conroy admitted to using an illicit substance the day prior. Verbally, Mr. Conroy reported he purchased a blue "m-30" or "mexi" pill in the downtown Spokane area and smoked it. Mr. Conroy was unable to tell the undersigned what was in the pill. Based on the undersigned officer's training and experience the described pill is believed to have been fentanyl. Mr. |

Prob12C
# Re: Conroy, Colton James
January 13, 2026
Page 2

|   |   |
|---|---|
|   | Conroy signed an admission of use form, admitting to fentanyl use on or about January 11, 2026. |
| 2 | **Special Condition # 4**: You must participate in substance abuse testing to include not more than 200 urinalysis tests, not more than 200 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. You must pay part or all of the costs of testing as directed by the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Conroy violated the above-stated condition on or about January 12, 2026, by using a device to defeat the urinalysis (UA) drug testing process.

On January 12, 2026, the undersigned officer met with Mr. Conroy in the Spokane probation office for the purpose of a UA. During the UA process, the undersigned observed Mr. Conroy making abnormal movements and turning his body in an attempt to obscure the view of the undersigned. An audible click sound, similar to that of a plastic clip, was heard during the UA process.

The undersigned directed Mr. Conroy to lower his pants and under garments, as well as lift his shirt up, to allow for visual inspection for any UA defeating devices. Through Mr. Conroy's shirt the undersigned observed a strange printing of an object. Upon questioning about the print, Mr. Conroy revealed that he had a "Whizzinator" device affixed around his abdomen. Mr. Conroy removed the device and pulled up his pants. The undersigned took a photo of Mr. Conroy with the device on a government issued iPhone. The device was then seized.

Upon questioning, Mr. Conroy admitted to the undersigned that he used the device to attempt to defeat the UA process to conceal his illegal drug use from the day prior.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2026

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
Re: Conroy, Colton James
January 13, 2026
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

January 15, 2026
_____
Date