PROB 12C
(6/16)

Report Date:  February 10, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2026

SEAN F. McAVOY, CLERK

Name of Offender: Colton James Conroy          Case Number: 0980 2:25CR00005-MKD-1

Address of Offender: ███████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 19, 2023

Original Offense:          Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)

Original Sentence:     Prison - 36 months          Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Earl Allan Hicks          Date Supervision Commenced: December 30, 2024

Defense Attorney:     Adrien Lindsay Fox          Date Supervision Expires: December 29, 2029

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/13/2026.

On December 30, 2024, the undersigned officer met with Mr. Conroy and reviewed the judgement and conditions of supervision with him. Mr. Conroy signed the judgment acknowledging his understanding of such. He was provided a copy of the judgment and conditions as signed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Conroy allegedly violated the above-stated condition on or about January 21 and 31, 2026, by illegally consuming a controlled substance.

On January 21, 2026, Mr. Conroy reported to the U.S. Probation Office. During this contact he submitted to urinalysis drug testing, observed and conducted by the undersigned officer. The urine sample provided resulted in a presumptive positive for fentanyl, methamphetamine, amphetamine, MDMA, and cocaine. Mr. Conroy reported that these results were likely from his previously admitted use on January 12, 2026, and signed a drug use admission form to such. The sample was sealed in Mr. Conroy's presence and sent to the national testing lab (NTL) for confirmation testing. On January 27 and 30, 2026, the NTL

Prob12C
**Re: Conroy, Colton James**
**February 10, 2026**
**Page 2**

returned results showing a confirmed positive for amphetamine, methamphetamine, and fentanyl.

On January 31, 2026, Mr. Conroy again reported to the probation office and submitted to urinalysis drug testing, conducted by a U.S. probation officer. The urine sample provided resulted in a presumptive positive for fentanyl, methamphetamine, amphetamine, MDMA, and cocaine. Mr. Conroy signed an admission/denial form admitting to knowingly using fentanyl, but denying knowingly using the other substances. The sample was sealed in Mr. Conroy's presence and sent to the NTL for confirmation testing. The undersigned met with Mr. Conroy on February 3, 2026, where he explained he sought out the drug at a known area of concern in the downtown Spokane area. He admitted to purchasing and consuming a blue "mexi" pill, commonly known to be fentanyl. Mr. Conroy denied knowing what other substances may have been mixed into the pill, but admitted knowing that such pills are often cut or mixed with other substances. The NTL returned results on February 9, 2026, showing confirmed positive for cocaine, amphetamine, and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 02/10/2026 |
| | s/Nicolas Olson |
| | Nicolas Olson<br>U.S. Probation Officer |

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X]   The incorporation of the violations contained in this petition
       with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

February 10, 2026

Signature of Judicial Officer

m. k. Dmke

Date