Dimke   PROB 12C
(6/16)

Report Date: February 13, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Colton James Conroy          Case Number: 0980 2:25CR00005-MKD-1

Address of Offender: ███████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 19, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - 36 months; TSR - 60 months |
| Asst. U.S. Attorney: | Earl Hicks |
| Defense Attorney: | Adrien Lindsay Fox |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 30, 2024

Date Supervision Expires: December 29, 2029

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/13/2026 and 2/10/2026.

On December 30, 2024, the undersigned officer met with Mr. Conroy and reviewed the judgement and conditions of supervision with him. Mr. Conroy signed the judgment acknowledging his understanding of such. He was provided a copy of the judgment and conditions as signed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Conroy has violated the above-stated condition on or about February 7, 2026, by consuming methamphetamine and fentanyl, as evidenced by signed admission. |
| | On February 12, 2026, Mr. Conroy reported to the Spokane probation office later than directed. Upon his arrival he submitted to a urinalysis drug test conducted by a U.S. probation officer. The submitted sample resulted in a presumptive positive for methamphetamine, amphetamine, fentanyl, and MDMA.  Mr. Conroy admitted to use of the substances and signed an admission form. |

Prob12C
**Re: Conroy, Colton James**
**February 13, 2026**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/13/2026

Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

February 17, 2026

Date