PROB 12C
(6/16)

Report Date:  April 24, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Colton James Conroy          Case Number: 0980 2:25CR00005-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy,  U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 19, 2023

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) | |
| Original Sentence: | Prison - 36 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 30, 2024 |
| Defense Attorney: | Katie E. Kitchen | Date Supervision Expires: December 29, 2029 |

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in all future proceedings with the violations previously reported to the Court on 01/13/2026, 02/10/2026, and 02/17/2026.

On December 30, 2024, the undersigned officer met with Mr. Conroy and reviewed the judgement and conditions of supervision with him. Mr. Conroy signed the judgment acknowledging his understanding of such. He was provided a copy of the judgment and conditions as signed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Mr. Conroy violated the above-stated condition on or about April 24, 2026, by failing to report to probation as directed.

On April 23, 2026, the undersigned attempted to call Mr. Conroy to discuss substance abuse treatment and testing. The call was sent immediately to a voicemail that was not set up, preventing the undersigned from leaving a message. A follow up text message was sent directing Mr. Conroy to call the undersigned and report to the Spokane probation office on April 24, 2026, by 10 a.m.

Prob12C
**Re: Conroy, Colton James**
**April 24, 2026**
**Page 2**

On April 24, 2026, the undersigned again attempted to call Mr. Conroy to confirm reporting instructions prior to the 10 a.m. deadline. Again the call was sent to an unestablished voicemail box. Mr. Conroy subsequently failed to report to the undersigned either in-person or by phone.

6          **Special Condition # 5**: You must participate in and successfully complete an outpatient program of substance abuse treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part of all of the costs of this treatment as directed by the probation officer.

**Supporting Evidence**: It is alleged that Mr. Conroy violated the above-stated condition on or about April 21, 2026, by failing to attend a substance abuse treatment intake appointment.

On April 23, 2026, the undersigned received report from treatment staff at Pioneer Human Services - Emerson Clinic that Mr. Conroy had rescheduled his intake appointment from April 17 to April 21, 2026. On April 21, 2026, Mr. Conroy failed to show for his appointment and has not rescheduled.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/24/2026

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

M. K. Dimke

Signature of Judicial Officer

April 27, 2026

Date